B6F (Official Form 6F) (12/07)

In re  Pamela M. Wood,  Case No.

Debtor(s).  Chapter 7

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 4199 <br><br> AAA Financial Srvc <br> PO Box 982235 <br> El Paso TX 79998 | | | 2011 <br><br> credit card | | | | $2,842.00 |
| Acct. No. 3488 <br><br> Alliance One <br> 4850 Street Rd. Ste 300 <br> Trevose PA 19053 | | | 2014 <br><br> citibank | | | | $ 0.00 |
| Acct. No. 8972 <br><br> Bank of America <br> PO Box 982235 <br> El Paso TX 79998 | | | 2008 <br><br> credit card | | | | $2,842.00 |
| Acct. No. 8830 <br><br> Best Buy <br> PO Box 6497 <br> Sioux Falls SD 57117 | | | 2012 <br><br> charge card | | | | $ 160.00 |
| | | | | | | Subtotal | $5,844.00 |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS 1 - 4

B6F (Official Form 6F) (12/07)

In re  Pamela M. Wood,　　　　　　　　　　　　　　Case No.

　　　　　　　　　　　　Debtor(s).　　　　　　　　Chapter 7

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 2263　Chase Ink　PO Box 15298　Wilmington DE 19850 | | | 2014　credit card | | | | $1,724.00 |
| Acct. No. 2090　Citicard　PO Box 6497　Sioux Falls SD 57117 | | | 2000　credit card | | | | $13,500.00 |
| Acct. No. 14-31112　David W Williams, Esq　27777 Franklin Rd., Ste 2500　Southfield MI 48034 | | | 2014　judgment | | | | $21,000.00 |
| Acct. No. 1901　Fifth Third Bank　1850 East Paris　Grand Rapids MI 49546 | | | 2014　repo | | | | $15,000.00 |
| Acct. No. 0161　Forster & Garbus LLP　60 Motor Pky　Commack NY 11725 | | | 2012　target | | | | $4,800.00 |
| Acct. No. 7829　Home Depot/CBNA　PO Box 6497　Sioux Falls SD 57117 | | | 2007　credit card | | | | $3,450.00 |
| | | | | | | Subtotal | $59,474.00 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS 2 - 4**

B6F (Official Form 6F) (12/07)

In re   Pamela M. Wood,                                    Case No.

                    Debtor(s).            Chapter 7

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 5606 <br><br> Medilodge <br> 1480 Walton Blvd <br> Rochester Hills MI 48309 | | | 2012 <br><br> nursing home | | | | $ 860.00 |
| Acct. No. 1431252001 <br><br> Oakland County Treasurer <br> 1200 N Telegraph <br> Pontiac MI 48341 | | | 2010 <br><br> 221 Chippewa property taxes | | | | $6,121.00 |
| Acct. No. 2400 <br><br> Sears/CBNA <br> PO Box 6282 <br> Sioux Falls SD 57117 | | | 2004 <br><br> credit card | | | | $15,400.00 |
| Acct. No. 5625 <br><br> Sprint <br> PO Box 8077 <br> London KY 40742 | | | 2014 <br><br> cell phone | | | | $ 183.00 |
| Acct. No. 0029 <br><br> SYNCB/ABC Warehouse <br> PO Box 965036 <br> Orlando FL 32896 | | | 2010 <br><br> credit card | | | | $ 618.00 |
| Acct. No. 4323 <br><br> Syncb/Old Navy <br> PO Box 965005 <br> Orlando FL 32896 | | | 2010 <br><br> credit card | | | | $ 0.00 |
| | | | | | | Subtotal | $23,182.00 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS 3 - 4**

B6F (Official Form 6F) (12/07)

In re    Pamela M. Wood,                                    Case No.

                     Debtor(s).                         Chapter 7

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 4985<br><br>SYNCB/Sam's Club<br>PO Box 965005<br>Orlando FL 32896 | | | 2009<br><br>crdit card | | | | $9,367.00 |
| Acct. No. 5310<br><br>Target<br>PO Box 9500<br>Minneapolis MN 55440 | | | 2012<br><br>credit card | | | | $ 0.00 |
| | | | | | | Subtotal | $9,367.00 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $97,867.00 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS 4 - 4**

14-58608-pjs    Doc 18    Filed 12/16/14    Entered 12/16/14 18:29:36    Page 4 of 11

B6G (Official Form 6G) (12/07)

In re   Pamela  M. Wood,                                    Case No.

                          Debtor(s).                         Chapter 7

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati OH 45263 | purchase contract<br>Purchaser<br>This is not a nonresidential real property lease. |

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES  1 - 1**

B6H (Official Form 6H) (12/07)

In re   Pamela M. Wood,                                        Case No.

                        Debtor(s).                                Chapter 7

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| None. | |

SCHEDULE H - CODEBTORS 1 - 1

Fill in this information to identify your case:

Debtor 1: Pamela M. Wood
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN
(State)

Case number (If known): _____

Check if this is
☐ An amended filing
☐ A supplement showing post-petition Chapter 13 income as of the following date:
MM/DD/YYYY

Official Form 6I     12/13

# Schedule I: Your Income

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Not employed | ☒ Not employed |
| Occupation | retired | None. |
| Employer's name | None. | None. |
| Employer's address | None. | None. |
| | Number Street | Number Street |
| | None. | None. |
| | City State ZIP Code | City State ZIP Code |
| How long employed there? | None. | None. |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 0.00 |
| 3. Estimate and list monthly overtime pay, if any. | +$ 0.00 | +$ 0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | $ 0.00 | $ 0.00 |

Official Form 6I     Schedule I: Your Income     page 1

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here → | $ 0.00 | $ 0.00 |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | $ 0.00 | $ 0.00 |
| 5e. Insurance | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | $ 0.00 | $ 0.00 |
| 5g. Union dues | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: Debtor - None. Spouse - None. | $ 0.00 | $ 0.00 |
| 6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | $ 0.00 | $ 0.00 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | $ 0.00 | $ 0.00 |

8. List all other income regularly received:

| | | |
|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | $ 0.00 | $ 0.00 |
| 8e. Social Security | $ 911 | $ 0.00 |
| 8f. Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Debtor - None. Spouse - None. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: Debtor: None. Spouse: None. | +$ 0.00 | +$ 0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | $ 911.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $ 911.00 + $ 0.00 = | $ 911.00 |

11. State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____

11.  +$ 0.00

12. Add the amount in last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and the *Statistical Summary of Certain Liabilities and Related Data*, if it applies.

12.  $ 911.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☒ No
☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Pamela | M. | Wood |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN | | |
| | (State) | | |
| Case number (If known) | | | |

Check if this is
☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form 6J
## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?
   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?  ☒ No.
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   ☐ Yes. Fill out this information for each dependent......

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.  4. $ 0.00

   If not included in line 4:
   4a. Real estate taxes  4a. $ 86
   4b. Property, homeowner's, or renter's insurance  4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses  4c. $ 0.00
   4d. Homeowner's association or condominium dues  4d. $ 0.00

Official Form 6J                    Schedule J: Your Expenses                    page 1

Debtor 1   Pamela   M.   Wood
         First Name   Middle Name   Last Name

Case number (if known) _____

| | | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. $ | 200 |
| 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 40 |
| 6d. Other. Specify: cable | 6d. $ | 56 |
| 7. Food and housekeeping supplies | 7. $ | 50 |
| 8. Childcare and children's education costs | 8. $ | 0.00 |
| 9. Clothing, laundry, and dry cleaning | 9. $ | 20 |
| 10. Personal care products and services | 10. $ | 20 |
| 11. Medical and dental expenses | 11. $ | 0.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 50 |
| 13. Entertainment, clubs, recreation, newspapers, magazine, and books | 13. $ | 0.00 |
| 14. Charitable contributions and religious donations | 14. $ | 0.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. $ | 0.00 |
| 15b. Health insurance | 15b. $ | 105 |
| 15c. Vehicle insurance | 15c. $ | 92 |
| 15d. Other insurance. Specify: None. | 15d. $ | 0.00 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: None. | 16. $ | 0.00 |
| 17. Installment or lease payments: | | |
| 17a. Car payments for Vehicle 1 | 17a. $ | 298 |
| 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. Student loan payments | 17c. $ | 0.00 |
| 17d. Other. Specify: | 17d. $ | 0.00 |
| 17e. Other. Specify: | 17e. $ | 0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I). | 18. $ | 0.00 |
| 19. Other payments you make to support others who do not live with you. Specify: | 19. $ | 0.00 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income (Official Form 6I) | | |
| 20a. Mortgages on other property | 20a. $ | 0.00 |
| 20b. Real estate taxes | 20b. $ | 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |

Official Form 6J                    Schedule J: Your Expenses                    page 2

21. **Other.** Specify: None.        21. + $    0.00

22. **Your monthly expenses.** Add lines 4 through 21.        22.    $1,017.00
    The result is your monthly expenses.

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.        23a. $    911.00

    23b. Copy your monthly expenses from line 22 above.        23b. −    $1,017.00

    23c. Subtract your monthly expenses from your monthly income.        23c.    ($ 106.00)
    The result is your *monthly net income.*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No
    ☐ Yes     Explain here: None.